## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LESLIE LOVE,**

      **Petitioner,**

      **-vs-**                                     **No. 03-CV-308 DRH**

**DARLENE VELTRI,**

      **Respondent.**

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

      **IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Petitioner Leslie Love's petition for writ of habeas corpus is **DENIED.** Judgment is entered in favor of Defendant **DARLENE VELTRI** and against Plaintiff **LESLIE LOVE**. ---------------------------

                                                                 **NORBERT G. JAWORSKI, CLERK**

September 29, 2006.                                    BY: s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/     David   RHerndon
                **U.S. DISTRICT JUDGE**