IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LESLIE LOVE,**

**Plaintiff,**

v.

**DARLENE VELTRI,**

**Defendant.**                                                                 No. 03-0308-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

Plaintiff has filed a motion for leave to proceed *in forma pauperis* on appeal (Doc. 31). However, Plaintiff has not submitted a copy of his prison trust fund account activity as required by 28 U.S.C. § 1915(a)(2).

**IT IS THEREFORE ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court.

Plaintiff is **FURTHER ADVISED** that his obligation to pay the $455 filing fee for this appeal was incurred at the time the notice of appeal was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma*

*pauperis* on appeal. **See Newlin v. Helman, 123 F.3d 429 (7th Cir. 1997)**. Failure to file a certified copy of the prison trust account statement required by 28 U.S.C. § 1915 (a)(2) within thirty days will be construed as equivalent to a decision to dismiss the appeal. **See Thurman v. Gramley, 97 F.3d 185, 187 (7th Cir. 1996)**.

**IT IS SO ORDERED.**

Signed this 31st day of October , 2006.

/s/      David   RHerndon
**United States District Judge**